1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>vs.<br><br>DALE WILLIAM RAYZOR,<br><br>      Defendant. | Case No.  1:07-CV-00845-LJO-SMS<br><br>IN ADMIRALTY<br><br>ORDER |

Based upon the STIPULATION FOR ADDITIONAL THIRTY DAYS FOR DEFENDANT DALE WILLIAM RAYZOR TO FILE RESPONSIVE PLEADING TO COMPLAINT, it is hereby ORDERED that:

Defendant William Rayzor must file responsive pleading to Plaintiff Markel American Insurance Company's complaint no later than November 24, 2007.

DATED: Nunc pro tunc  11/02/2007         /s/ Sandra M. Snyder
_____       SANDRA M. SNYDER
                                          United States Magistrate Judge

1                                                              07-CV-00845
[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com