1 NEIL S. LERNER (SBN 134031)
2 ARUN DAYALAN (SBN 225255)
SANDS LERNER
3 12400 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025
4 Telephone (310) 979-9144

5 Attorneys for Defendant,
MARKEL AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| MARKEL AMERICAN INSURANCE COMPANY, | Case No. 1:07-CV-00845-LJO-SMS |
|---|---|
| Plaintiff, | IN ADMIRALTY |
| vs. | **STIPULATION FOR ADDITIONAL TWENTY ONE DAYS FOR COUNTER-DEFENDANT MARKEL AMERICAN INSURANCE COMPANY TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM; ORDER** |
| DALE WILLIAM RAYZOR, | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED between the parties to the above-referenced matter, through their respective attorneys, as follows:

　　　1.　　That the Court grant an order extending the time by 21 days for Plaintiff and Counter-Defendant Markel American Insurance Company to file a responsive pleading to Defendant and Counterclaimant's Counterclaim. A responsive pleading will now be due on or before January 11, 2008.

///

///

///

2. That the order be based on this Stipulation between counsel.

DATED:  December 20, 2007          SANDS LERNER


                                   By:  /s/ Neil S. Lerner
                                        NEIL S. LERNER
                                        ARUN DAYALAN
                                        Attorneys for Plaintiff and Counter-Defendant
                                        MARKEL AMERICAN INSURANCE
                                        COMPANY


DATED:  December 20, 2007          BIRNBERG & ASSOCIATES


                                   By:  /s/ Corey A. Birnberg
                                        COREY A. BIRNBERG
                                        SAMANTHA WILLIAMS
                                        Attorneys for Defendant and Counterclaimant,
                                        DALE WILLIAM RAYZOR


Dated:  December 28, 2007

IT IS SO ORDERED.


                                        ____/s/ Lawrence J. O'Neill_____
                                        LAWRENCE J. O'NEILL
                                        United States District Judge

**STIPULATION AND PROPOSED ORDER FOR ADDITIONAL 21 DAYS TO RESPOND TO COUNTERCLAIM.**