NEIL S. LERNER (SBN 134031)
ARUN DAYALAN (SBN 225255)
SANDS LERNER
12400 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025
Telephone (310) 979-9144

Attorneys for Defendant,
MARKEL AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>    vs.<br><br>DALE WILLIAM RAYZOR,<br><br>           Defendant. | Case No.  1:07-CV-00845-LJO-SMS<br><br>IN ADMIRALTY<br><br>**STIPULATION REGARDING CALIFORNIA INSURANCE CODE SECTION 1619, *ET SEQ*.;**<br>**ORDER** |

IT IS HEREBY STIPULATED between the parties to the above-referenced matter, through their respective attorneys, as follows:

1. That paragraph 23 of the counterclaim filed by defendant and counterclaimant Dale William Rayzor (Rayzor) be stricken in its entirety.

2. That item number 3 on the prayer for relief in the Rayzor counterclaim be stricken in its entirety.

3. That any reference in Rayzor's answer or counterclaim that plaintiff and counterdefendant Markel American Insurance Company (Markel) violated section 1619, *et seq*., of the California Insurance Code be stricken from this case.

4. That the Court enter an order regarding items 1, 2, and 3 of this stipulation.

**STIPULATION REGARDING CALIFORNIA INSURANCE CODE SECTION 1619, *ET SEQ*.;**
**[PROPOSED] ORDER.**

5.    That the order be based on this Stipulation between counsel.

DATED: December 27, 2007    SANDS LERNER

By: /s/ Neil S. Lerner
    NEIL S. LERNER
    ARUN DAYALAN
    Attorneys for Plaintiff and Counter-Defendant
    MARKEL AMERICAN INSURANCE
    COMPANY

DATED: December 27, 2007    BIRNBERG & ASSOCIATES

By: /s/ Corey A. Birnberg
    COREY A. BIRNBERG
    SAMANTHA WILLIAMS
    Attorneys for Defendant and Counterclaimant,
    DALE WILLIAM RAYZOR

Dated: December 28, 2007

IT IS SO ORDERED.

    _/s/ Lawrence J. O'Neill____
    LAWRENCE J. O'NEILL
    United States District Judge