IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DALE WILLIAM RAYZOR,<br><br>　　　　　Defendant.<br>_____ /<br>AND RELATED COUNTER-ACTION.<br>_____ / | CASE NO. CV F 07-0845 LJO SMS<br><br>**ORDER TO VACATE SCHEDULING CONFERENCE** |

　　　　Review of the record indicates that this Court's Sacramento Division is the more proper venue for this action given that plaintiff alleges wrongdoing arising in Stockton, which is located in this Court's Sacramento Division. As such, this Court VACATES the January 22, 2008 scheduling conference and will transfer this action to the Sacramento Division, unless the parties, no later than January 24, 2008, file and serve papers to indicate that this action was properly commenced in the Fresno Division under Local Rule 3-120.

　　　　IT IS SO ORDERED.

**Dated:    January 17, 2008**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE