IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>DALE WILLIAM RAYZOR,<br><br>　　　　　Defendant. | 2:08-cv-00221-GEB-EFB<br><br>ORDER RE: SETTLEMENT<br>AND DISPOSITION |

　　　　On April 9, 2008, Plaintiff's attorney filed a Notice of Settlement in which it states "that Plaintiff MARKEL AMERICAN INSURANCE COMPANY and Defendant DALE WILLIAM RAYZOR have reached a full and final settlement of all claims in the above-captioned matter," and "[a] final disposition of this matter is expected to be accomplished within 30 days."  Therefore, a dispositional document shall be filed no later than May 9, 2008.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

///

1

The status conference scheduled for April 28, 2008, is reset for hearing on June 9, 2008, at 9:00 a.m. in the event that no dispositional document is filed, or if this action is not otherwise dismissed. Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated: April 11, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2