UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARKEL AMERICAN INSURANCE COMPANY,

        Plaintiff,

    v.

DALE WILLIAM RAYZOR,

        Defendant.

2:08-cv-00221-GEB-EFB

ORDER OF DISMISSAL

    Since this action has been settled it is dismissed; however, jurisdiction is not retained because sufficient reason has not been provided justifying retention of jurisdiction.

    IT IS SO ORDERED.

Dated:  May 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge